# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shan Shi | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 2012 through May 23 2017  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1832(a)(5) | Theft of Trade Secrets |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/23/2017

_____
*Judge's signature*

City and state:    Washington, D.C.      US Magistrate Judge G. Michael Harvey
*Printed name and title*