# Exhibit P

| | Case | Sentence |
|---|---|---|
| <td colspan="3" style="background-color:yellow; text-align:center">**PROBATION**</td> |||
| 1 | *U.S. v. Everheart*, No. 00-cr-56 (W.D. Pa) | 12 months probation |
| 2 | *U.S. v. Jacobson*, No. 07-cr-568 (N.D. Cal.) | 12 months probation |
| 3 | *U.S. v. Nosal* (Def. #2), No. 08-cr-237 (N.D. Cal.) | 12 months probation |
| 4 | *U.S. v. Rogers*, No. 02-cr-94 (N.D. Ga.) | 12 months probation; 100 hours community service |
| 5 | *U.S. v. Schetty*, No. 07-cr-582 (E.D.N.Y.) | 12 months probation; $100,000 fine; $15,536 restitution |
| 6 | *U.S. v. Uche*, No. 17-cr-0110 (D.D.C.) | 12 months probation, $1,000 fine |
| 7 | *U.S. v. Ulmer*, No. 05-cr-203 (W.D. Mich.) | 12 months probation; $1,200 fine; $9,045 restitution |
| 8 | *U.S. v. Yang* (Def. #2), No. 97-cr-288 (N.D. Ohio) | 12 months probation; $5,000 fine |
| 9 | *U.S. v. Buffin*, No. 06-cr-31 (N.D. Ohio) | 24 months probation (3 months home confinement); $5,000 fine |
| 10 | *U.S. v. Burstein* (Def. #1), No. 06-cr-72 (E.D. Ark.) | 24 months probation (4 months home confinement); $2,000 fine; $1 restitution |
| 11 | *U.S. v. Dorn*, No. 02-cr-20040 (D. Kan.) | 24 months probation; $15,920 restitution |
| 12 | *U.S. v. Groves* (Def. #1), No. 12-cr-43 (W.D. Ky.) | 24 months probation; $15,000 fine |
| 13 | *U.S. v. Halvorsen*, No. 02-cr-2 (D. Conn.) | 24 months probation; $2,000 fine |
| 14 | *U.S. v. Helrigel*, No. 02-cr-666 (E.D.N.Y.) | 24 months probation |
| 15 | *U.S. v. Huang*, No. 12-cr-189 (S.D. Tex.) | 24 months probation; $500 fine |
| 16 | *U.S. v. Koval*, No. 04-cr-61 (E.D. Wis.) | 24 months probation; $1,000 fine |
| 17 | *U.S. v. Morris*, No. 02-cr-120 (D. Del.) | 24 months probation; 100 hours community service |
| 18 | *U.S. v. Petrolino* (Def. #1), No. 01-cr-6291 (S.D. Fla.) | 24 months probation |
| 19 | *U.S. v. Platts*, No. 05-cr-430 (C.D. Cal.) | 24 months probation (6 months home confinement); $169,263 restitution |
| 20 | *U.S. v. Price,* No. 06-cr-06073 (W.D.N.Y.) | 24 months probation; $1,000 fine |
| 21 | *U.S. v. Randall*, No. 17-cr-0110 (D.D.C.) | 24 months probation |
| 22 | *U.S. v. Xie*, No. 14-cr-205 (E.D. Wis.) | 24 months probation; $130,000 restitution |
| 23 | *U.S. v. Yang* (Def. #1), No. 97-cr-288 (N.D. Ohio) | 24 months probation (6 months home confinement); $5,000 fine |
| 24 | *U.S. v. Alarcon*, No. 07-cr-454 (E.D.N.Y.) | 36 months probation; 250 hours community service; $75,000 restitution |
| 25 | *U.S. v. Bittenbender*, No. 08-cr-05 (D. Md.) | 36 months probation (6 months at a community corrections facility and 3 months home confinement); 300-400 hours community service ; $20,000 restitution |
| 26 | *U.S. v. Burstein* (Def. #4), No. 06-cr-72 (E.D. Ark.) | 24 months probation (6 months home confinement); $1 + |
| 27 | *U.S. v. Camp* (Def. #1), No. 98-cr-48 (D. Me.) | 36 months probation; $7,500 restitution; Pardoned by Pres. Obama |
| 28 | *U.S. v. Cartwright* (Def #2), No. 07-cr-570 (D. Md.) | 36 months probation; $20,000 fine; $40,962.75 restitution |
| 29 | *U.S. v. Chilowitz*, No. 07-cr-80 (S.D.N.Y.) | 36 months probation; $27,000 restitution |

| | **Case** | **Sentence** |
|---|---|---|
| 30 | *U.S. v. Costello*, No. 99-cr-623 (S.D. Tex.) | 36 months probation |
| 31 | *U.S. v. Daddona*, No. 01-cr-00122 (D. Conn.) | 36 months probation (5 months home confinement); $4,000 fine |
| 32 | *U.S. v. Laude*, No. 06-cr-02147 (S.D. Cal.) | 36 months probation; 288 hours community service; $5,000 fine |
| 33 | *U.S. v. Lewis*, No. 14-cr-14 (E.D. Ky.) | 36 months probation (9 months home confinement); $32,000 restitution |
| 34 | *U.S. v. McKimmey* (Def. #1), No. 04-cr-118 (N.D. Cal.) | 36 months probation; $4,000 fine |
| 35 | *U.S. v. Murphy*, No. 03-cr-20038 (N.D. Cal.) | 36 months probation (6 months home confinement); $2,000 fine |
| 36 | *U.S. v. Murphy*, No. 11-cr-29 (N.D. Cal.) | 36 months probation (6 months of location monitoring); $40,000 restitution |
| 37 | *U.S. v. Norris*, No. 07-cr-2913 (S.D. Cal.) | 36 months probation (6 months home confinement); $5,000 fine |
| 38 | *U.S. v. Soucy*, No. 98-cr-59 (N.D. Ga.) | 36 months probation; $1,000 fine; $500 restitution |
| 39 | *U.S. v. West*, No. 08-cr-709 (N.D. Cal.) | 36 months probation (10 months home confinement); $5,000 fine; $100,000 restitution |
| 40 | *U.S. v. Rashidi*, No. 05-cr-744 (N.D. Cal.) | 48 months probation (10 months home confinement); $6,000 fine |
| 41 | *U.S. v. Roberts* (Def. #1), No. 08-cr-175 (E.D. Tenn.) | 48 months probation; 150 hours community service |
| 42 | *U.S. v. Roberts* (Def. #2), No. 08-cr-175 (E.D. Tenn.) | 48 months probation; 150 hours community service |
| 43 | *U.S. v. Yang*, No. 11-cr-458 (N.D. Ill.) | 48 months probation |
| 44 | *U.S. v. Bostic*, No. 11-cr-218 (M.D.N.C.) | 60 months probation (3 months home confinement); 40 hours/ week of community service when not teaching; $255,065 restitution |
| 45 | *U.S. v. Cho*, No. 14-cr-176 (S.D. Tex.) | 60 months probation; 100 hours community service; $18,500 restitution |
| 46 | *U.S. v. Corgnati*, No. 99-cr-6268 (S.D. Fla.) | 60 months probation; $120,000 restitution |
| 47 | *U.S. v. Fulton*, No. 98-cr-59 (W.D. Pa.) | 60 months probation (12 months home confinement) |
| 48 | *U.S. v. Grande*, No. 07-cr-19 (D. Conn.) | 60 months probation; $7,500 fine; 200 hours community service |
| 49 | *U.S. v. Hawkins*, No. 02-cr-469 (D. Or.) | 60 months probation (6 months home confinement); $2,000 fine |
| 50 | *U.S. v. Serebryany*, No. 03-cr-0042 (C.D. Cal.) | 60 months probation (6 months home confinement); $146,085 restitution |
| 51 | *U.S. v. Sindelar*, No. 98-cr-20070 (D. Kan.) | 60 months probation; $10,000 fine; $16,618.35 restitution |
| 52 | *U.S. v. Smith*, No. 02-cr-163 (D. Conn.) | 60 months probation; $311,000 restitution |
| 53 | *U.S. v. Tezock*, No. 14-cr-00211 (N.D. Tex.) | 60 months probation; $4,310,057 restitution |
| 54 | *U.S. v. Walden*, No. 12-cr-137 (S.D. Ohio) | 60 months probation; 100 hours community service |
| 55 | *U.S. v. Worthing* (Def. #2), No. 97-cr-9 (W.D. Pa.) | 60 months probation (6 months home confinement) |
| 56 | *U.S. v. Xiang* (Def. #1), No. 14-cr-160 (M.D.N.C.) | 60 months probation; $175,000 fine; $127,657.16 restitution |
| 57 | *U.S. v. Zhang*, No. 10-cr-827 (N.D. Cal.) | 60 months probation; $20,000 fine; $75,000 restitution |

| | Case | Sentence |
|---|---|---|
| **IMPRISONMENT (1 MONTH TO 12 MONTHS + 1 DAY)** | | |
| 58 | U.S. v. Hsu, No. 97-cr-323 (E.D. Pa.) | 1 month imprisonment; 24 months supervised release; $10,000 fine |
| 59 | U.S. v. Forgues, No. 02-cr-40011 (D. Mass.) | 2 months imprisonment; 24 months supervised release |
| 60 | U.S. v. Campbell, No. 98-cr-64 (N.D. Ga.) | 3 months imprisonment; 36 months supervised release; $2,800 restitution |
| 61 | U.S. v. Capener, No. 12-cr-0027 (D. Utah) | 3 months imprisonment; 24 months supervised release; $3,000 fine |
| 62 | U.S. v. Kibkalo, No. 14-cr-87 (W.D. Wash.) | 3 months imprisonment |
| 63 | U.S. v. Zhang, No. 05-cr-00812 (N.D. Cal.) | 3 months imprisonment; 36 months supervised release; 200 hours community service; $75,000 restitution |
| 64 | U.S. v. Martinez, No. 09-cr-486 (N.D. Ga.) | 4 months imprisonment; 36 months supervised released (4 months home confinement); 120 hours community service; $10,000 fine |
| 65 | U.S. v. McKimmey (Def. #2), No. 04-cr-118 (N.D. Cal.) | 4 months imprisonment; 24 months supervised release |
| 66 | U.S. v. Huang (Def #2), No. 12-cr-296 (W.D. Mo.) | 5 months imprisonment; $20,000 fine |
| 67 | U.S. v. Malhorta, No. 08-CR-423 (N.D. Cal.) | 5 months imprisonment; 36 months supervised release; $3,000 fine |
| 68 | U.S. v. Norelli (Def. #2), No. 02-cr-14014 (S.D. Fla.) | 5 months imprisonment; 36 months supervised release; 200 hours community services; $240,000 restitution |
| 69 | U.S. v. Rector (Def #2), No. 00-cr-123 (M.D. Fla.) | 5 months imprisonment; 5 months community confinement; 24 months supervised release |
| 70 | U.S. v. Stancil, No. 12-cr-462 (S.D. Tex.) | 5 months imprisonment; 36 months supervised release (5 months home confinement); 200 hours community service; $240,000 restitution |
| 71 | U.S. v. Frena, No. 05-cr-39 (W.D. Pa.) | 6 months imprisonment; 36 months supervised release (6 months home confinement) |
| 72 | U.S. v. Munoz, No. 06-cr-00831 (S.D. Cal.) | 6 months imprisonment; 36 months supervised release; $2,500 fine |
| 73 | U.S. v. Sprenger, No. 02-cr-87 (D. Conn.) | 6 months imprisonment; 36 months supervised release; $3,000 fine |
| 74 | U.S. v. Wang, No. 06-cr-484 (N.D. Cal.) | 6 months imprisonment; 36 months supervised release (6 months home confinement); $5,000 fine |
| 75 | U.S. v. Rector (Def #1), No. 00-cr-123 (M.D. Fla.) | 7 months imprisonment; 7 months community confinement; 24 months supervised release |
| 76 | U.S. v. Kissane, No. 02-cr-626 (S.D.N.Y.) | 9 months imprisonment; 15 months supervised release |
| 77 | U.S. v. Estrada, No. 01-cr-616 (S.D.N.Y.) | 12 months imprisonment; 24 months supervised release |
| 78 | U.S. v. McKimmey (Def. #3), No. 04-cr-118 (N.D. Cal.) | 12 months imprisonment; 24 months supervised release; $3,000 fine |
| 79 | U.S. v. Camp (Def. #2), No. 98-cr-48 (D. Me.) | 12 months + 1 day imprisonment; 36 months supervised release; $7,500 restitution; pardoned by Pres. Obama |
| 80 | U.S. v. Chang (Def. #1), No. 00-cr-20203 (N.D. Cal.) | 12 months + 1 day imprisonment; 36 months supervised release |

| | **Case** | **Sentence** |
|---|---|---|
| 81 | U.S. v. Keppel, No. 02-cr-05719 (W.D. Wash.) | 12 months + 1 day imprisonment; 36 months supervised release; $500,000 restitution (with $200,000 credited from forfeiture) |
| 82 | U.S. v. Kern, No. 99-cr-15 (E.D. Cal.) | 12 months + 1 day imprisonment; 36 months supervised release |
| 83 | U.S. v. Khieu, No. 14-cr-304 (D. Minn.) | 12 months + 1 day imprisonment; 12 months of supervised release; 100 hours community service; $10,000 fine |
| 84 | U.S. v. Mulhollen, No. 10-cr-13 (W.D. Ky) | 12 months + 1 day imprisonment; 24 months supervised release |
| 85 | U.S. v. Newman, No. 14-cr-704 (N.D. Ill.) | 12 months + 1 day imprisonment; 24 months supervised released; $100,000 fine |
| 86 | U.S. v. Nosal (Def. #1), No. 08-cr-237 (N.D. Cal.) | 12 months + 1 day imprisonment; 400 hours community service; $60,000 fine; $395,991.18 restitution |
| 87 | U.S. v. O'Rourke, No. 17-cr-495 (N.D. Ill.) | 12 months + 1 day imprisonment; 3 years supervised release; $100,000 fine |
| 88 | U.S. v. Petrolino (Def. #2), No. 01-cr-6291 (S.D. Fla.) | 12 months + 1 day imprisonment; 24 months supervised release |
| 89 | U.S. v. Qin (Def. #2), No. 10-cr-20454 (E.D. Mich.) | 12 months + 1 day imprisonment; 12 months supervised release; $12,500 fine |
| 90 | U.S. v. Sing, No. 14-cr-212 (C.D. Cal.) | 12 months + 1 day imprisonment |
| 91 | U.S. v. Zeng, No. 08-cr-00075 (S.D. Tex.) | 12 months + 1 day imprisonment; 36 months supervised release; removed to China |
| | **IMPRISONMENT (>12 MONTHS + 1 DAY)** | |
| 92 | U.S. v. Jhaveri, No. 10-cr-523 (N.D.N.Y.) | 381 days imprisonment; 36 months supervised release, $5,000 fine |
| 93 | U.S. v. Meng, No. 10-cr-56 (D. Del.) | 14 months imprisonment; $58,621 restitution |
| 94 | U.S. v. Ribeiro, No. 07-cr-942 (D.N.J.) | 14 months imprisonment; 24 months supervised release |
| 95 | U.S. v. Lee, No. 09-cr-290 (N.D. Ill.) | 15 months imprisonment; 36 months supervised release; $30,975.57 in restitution |
| 96 | U.S. v. Sun, No. 02-cr-106 (N.D. Cal.) | 15 months imprisonment; 60 months supervised release; $10,000 fine |
| 97 | U.S. v. Tampoe, No. 99-cr-158 (S.D. Tex.) | 15 months imprisonment; 24 months supervised release |
| 98 | U.S. v. Worthing, No. 97-cr-9 (W.D. Pa.) | 15 months imprisonment; 36 months supervised release |
| 99 | U.S. v. Huang (Def. #1), No. 12-cr-296 (W.D. Mo.) | 18 months imprisonment; $250,000 fine |
| 100 | U.S. v. Li, No. 12-cr-34 (D.N.J.) | 18 months imprisonment; 24 months supervised release; $131,000 restitution |
| 101 | U.S. v. Min, No. 06-cr-121 (D. Del) | 18 months imprisonment; 24 months supervised release; $30,000 fine; $14,467.89 restitution |

|     | Case | Sentence |
| --- | --- | --- |
| 102 | U.S. v. Mitchell, No. 09-cr-425 (E.D. Va.) | 18 months imprisonment; 36 months supervised release; $187,895.90 restitution |
| 103 | U.S. v. Pu, No. 11-cr-699 (N.D. Ill.) | 18 months imprisonment; 36 months supervised release |
| 104 | U.S. v. Kim, No. 08-cr-139 (N.D. Ohio) | 19 months imprisonment; 36 months supervised release; $2,000 fine; $188,700 restitution |
| 105 | U.S. v. Baxa, No. 13-cr-179 (D. Nev.) | 21 months imprisonment; $3,235,707.12 restitution (*NB:* joint w/ Kaplan, listed below) |
| 106 | U.S. v. Kaplan, No. 12-cr-488 (D. Nev.) | 21 months imprisonment; 24 months supervised release; $3,235,707.12 restitution (*NB:* joint w/ Baxa, listed above) |
| 107 | U.S. v. Shearer (Def. #6), No. 99-cr-433 (N.D. Tex.) | 21 months imprisonment; 36 months supervised release; $3,800,000 restitution |
| 108 | U.S. v. Williams, No. 00-cr-503 (N.D. Ga.) | 22 months imprisonment; 36 months supervised release |
| 109 | U.S. v. Agoda, No. 13-cr-20525 (E.D. Mich.) | 24 months imprisonment; 36 months supervised release; $7,500 fine |
| 110 | U.S. v. Cotton, No. 08-cr-42 (E.D. Cal.) | 24 months imprisonment; 36 months super vised release; $15,000 restitution |
| 111 | U.S. v. Dimson. (Def #2), No. 06-cr-313 (N.D. Ga.) | 24 months; 36 months supervised release; 40 hours community service; $40,000 restitution |
| 112 | U.S. v. Genovese, No. 05-cr-4 (S.D.N.Y.) | 24 months imprisonment; 36 months supervised release |
| 113 | U.S. v. Gluzman, No. 06-cr-498 (C.D. Cal.) | 24 months imprisonment; 36 months supervised release; $32,000 in restitution |
| 114 | U.S. v. He, No. 09-cr-424 (E.D. Pa.) | 24 months imprisonment; 36 months supervised release; $250 fine |
| 115 | U.S. v. Krumrei, No. 98-cr-80943 (E.D. Mich.) | 24 months imprisonment; 24 months supervised release; $10,000 restitution |
| 116 | U.S. v. Ow, No. 00-cr-20110 (N.D. Cal.) | 24 months imprisonment; 24 months supervised release |
| 117 | U.S. v. Woodard, No. 03-cr-20066 (N.D. Cal.) | 24 months imprisonment; 36 months supervised release |
| 118 | U.S. v. Meng, No. 04-cr-20216 (N.D. Cal.) | 24 months + 2 days imprisonment; 36 months supervised release; $10,000 fine |
| 119 | U.S. v. Davis, No. 97-cr-124 (M.D. Tenn.) | 27 months imprisonment; 36 months supervised release; $1,271,171.06 restitution |
| 120 | U.S. v. Shearer (Def. #5), No. 99-cr-433 (N.D. Tex.) | 27 months imprisonment; 36 months supervised release; $3,800,000 restitution |
| 121 | U.S. v. Lange, No. 99-cr-174 (E.D. Wis.) | 30 months imprisonment; 36 months supervised release; $500 fine |
| 122 | U.S. v. Liew (Def. #3), No. 11-cr-573 (N.D. Cal.) | 30 months imprisonment; 36 months supervised release; $367,679 restitution |
| 123 | U.S. v. Ward, No. 11-cr-2123 (E.D. Wash.) | 30 months imprisonment; 36 months supervised release |

| | Case | Sentence |
|---|---|---|
| 124 | *U.S. v. Agrawal*, No. 10-cr-417 (S.D.N.Y.) | 36 months imprisonment; 24 months supervised release |
| 125 | *U.S. v. Crow*, No. 10-cr-13 (M.D. Ga.) | 36 months imprisonment; 36 months supervised release; $10,000 fine |
| 126 | *U.S. v. Pu*, No. 11-cr-699 (N.D. Ill.) | 36 months imprisonment; 36 months supervised release; $759,649.55 restitution |
| 127 | *U.S. v. Qin* (Def #1), No. 10-cr-20454 (E.D. Mich.) | 36 months imprisonment; 12 months supervised release; $25,000 fine |
| 128 | *U.S. v. Shaoming* (Def. #2), No. 13-cr-147 (S.D. Iowa) | 36 months imprisonment; 36 months of supervised release; $425,000 restitution |
| 129 | *U.S. v. Gunderson*, No. 02-cr-55 (N.D. Iowa) | 37 months imprisonment; 24 months supervised release |
| 130 | *U.S. v. Isler*, No. 18-cr-2032 (N.D. Iowa) | 42 months imprisonment; 36 months supervised release; $5,000 fine |
| 131 | *U.S. v. Jin*, No. 08-cr-192 (N.D. Ill.) | 48 months imprisonment; 36 months supervised release; $20,000 fine |
| 132 | *U.S. v. Trujillo-Cohen*, No. 97-cr-251 (S.D. Tex.) | 48 months imprisonment; 36 months supervised release; $337,000 restitution |
| 133 | *U.S. v. Shearer* (Def #1), No. 99-cr-433 (N.D. Tex.) | 54 months imprisonment; 36 months supervised release; $7,655,155 restitution |
| 134 | *U.S. v. Dimson* (Def. #1), No. 06-cr-313 (N.D. Ga.) | 60 months imprisonment; 36 months supervised release; 80 hours community service; $40,000 restitution |
| 135 | *U.S. v. Huang*, No. 15-cr-234 (W.D.N.C.) | 60 months imprisonment; 2 years supervised release; $114,275.31 restitution |
| 136 | *U.S. v. Liu*, No. 05-cr-85 (M.D. La.) | 60 months imprisonment; 2 years supervised release; $25,000 fine; $600,000 restitution |
| 137 | *U.S. v. Pringle* (Def. #2), No. 98-cr-41 (E.D. Tex.) | 60 months imprisonment; 36 months supervised release; $50,000 fine |
| 138 | *U.S. v. Liu*, No. 11-cr-208 (D.N.J.) | 70 months imprisonment; 3 years supervised release; $15,000 fine |
| 139 | *U.S. v. Yu*, No. 09-cr-20304 (E.D. Mich.) | 70 months imprisonment; 24 months supervised release; $12,500 fine |
| 140 | *U.S. v. Pringle* (Def. #1), No. 98-cr-41 (E.D. Tex.) | 77 months; 36 months supervised release $10,000 fine |
| 141 | *U.S. v. Huang*, No. 11-cr-00163 (S.D. Ind.) | 87 months imprisonment; 36 months supervised release |
| 142 | *U.S. v. Dimson* (Def #3), No. 06-cr-313 (N.D. Ga.) | 96 months imprisonment; 36 months supervised release; 80 hours community service |
| 143 | *U.S. v. Liew*, No. 11-cr-573 (N.D. Cal.) | 120 months imprisonment; $511,667.82 restitution (for bankruptcy issue) |
| 144 | *U.S. v. Zhang*, No. 13-cr-20134 (D. Kan.) | 121 months; 36 months supervised release; $193,157.40 restitution |