IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-110 (CRC)** |
| | : | |
| v. | : | |
| | : | |
| **SHAN SHI,** | : | |
|       **Defendant.** | : | |

**JOINT MOTION TO ENTER AN ORDER ON FORFEITURE AND RESTITUTION**

     The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to rescind its previous order of forfeiture in the amount of $342,424.96, so that the money currently in the possession of the government may be used to satisfy the Court's order of restitution. The defendant joins in this motion.

     On February 10, 2020, the Court issued a Consent Order of Forfeiture, whereby the defendant Shan Shi was ordered to pay $342,424.96 to the United States.

     On April 17, 2020, the United States filed a joint motion to have the Court order $342,424.96 in restitution to Trelleborg Offshore, the victim in this case. On July 13, 2020, the Court granted the motion, and noted in its order that the government had met its burden by a preponderance of the evidence to demonstrate to the Court that Trelleborg Offshore suffered at least $342,424.96 in losses for expenses incurred during participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense.

     The Court further stated in the July 13, 2020 Order that the government agreed to make a non-binding recommendation within the Department of Justice to restore the forfeited $342,424.96 to Trelleborg and, absent restoration, to recommend victim remission. The Court noted that full restoration would zero out the defendant's obligations for restitution, and held a restitution payment schedule in abeyance pending the outcome of the restoration process.

The parties believed at the time that the restoration process would likely result in transferring the defendant's forfeited money to money available for restitution. The government has now determined that under its policies that it cannot grant restoration or remission to Trelleborg. The parties therefore request that the Court rescind its order of forfeiture and order the U.S. Marshals transfer the money to the Clerk of the Court.

In sum, with the rescindment of the order of forfeiture, the proposed order will ensure that the amount paid to satisfy the order of forfeiture will be available to pay the agreed amount of restitution ordered on July 13, 2020 by the Court, which is what the parties contemplated would occur by restoration.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415-793

By:      */s/Luke Jones*
Luke Jones
Virginia Bar No. 75053
Assistant U.S. Attorneys
United States Attorney's Office
555 Fourth St., NW
Washington, D.C. 20001
202-252-7066
Luke.jones@usdoj.gov

Jeff Pearlman
D.C. Bar No. 466-901
Matthew R. Walczewski
Illinois Bar Number 6297873
Senior Counsels
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice

                1301 New York Avenue NW
                Washington, D.C.  20005
                202-514-1026 (Walczewski)
                202-579-6543 (Pearlman
                Matthew.walczewski@usdoj.gov
                Jeffrey.pearlman@usdoj.gov