# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-CR-110 (CRC)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **SHAN SHI,** | : | |
| **Defendant.** | : | |

## ORDER ON FORFEITURE AND RESTITUTION

Pursuant to the parties Joint Motion to Enter an Order on Forfeiture and Restitution, the Court rescinds its Consent Order of Forfeiture, issued on February 10, 2020. The Court directs the U.S. Marshals to transfer the $342, 424.96 previously deposited for the purposes of forfeiture to the Clerk of this Court, for the purpose of satisfying the Court's Order on Restitution, issued on July 13, 2020.

Dated this 31st day of August, 2021.

_____
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE