### IN THE UNITED STATES DISTRICT COURT
### FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              **Plaintiff,**<br><br>    v.<br><br>**SHAN SHI,** *et al.*,<br><br>                              **Defendant.** | Case No: 1:17-cr-110-CRC |

### [PROPOSED] ORDER GRANTING MOTION
### FOR TERMINATION OF SUPERVISED RELEASE

Upon consideration of Defendant's Motion for Termination of Supervised Release (the "Motion"), and all other relevant factors, it is hereby:

**ORDERED** that the Motion is **GRANTED.**

_____
CHRISTOPHER R. COOPER
United States District Court Judge