# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-110 (CRC)** |
| | : | |
| v. | : | |
| | : | |
| **Shan Shi et al.,** | : | |
|     **Defendants.** | : | |

**GOVERNMENT'S WITHDRAWAL OF NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the Assistant Attorney General for the Criminal Division, hereby informs the Court that Matthew Walczewski, Senior Counsel, Computer Crime and Intellectual Property Section, Criminal Division, United States Department of Justice, is withdrawing from his appearance in this matter.

                Respectfully submitted,

                Kenneth A. Polite, Jr.
                Assistant Attorney General, Criminal Division
                United States Department of Justice

By:        */s/* Matthew Walczewski
                Matthew Walczewski
                Senior Counsel
                IL Bar No. 6297873
                Computer Crime and Intellectual Property Section
                Criminal Division
                United States Department of Justice
                1301 New York Avenue NW, Sixth Floor
                Washington, D.C. 20005
                202-514-1026
                matthew.walczewski@usdoj.gov