IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-110 (CRC) |
| | : | |
| v. | : | |
| | : | |
| Shan Shi et al., | : | |
| Defendants. | : | |

**GOVERNMENT'S WITHDRAWAL OF NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the Assistant Attorney General for the Criminal Division, hereby informs the Court that Jeff Pearlman, Senior Counsel, Computer Crime and Intellectual Property Section, Criminal Division, United States Department of Justice, is withdrawing from his appearance in this matter.

Respectfully submitted,

Kenneth A. Polite, Jr.
Assistant Attorney General, Criminal Division
United States Department of Justice

By:   */s/* Jeff Pearlman
Jeff Pearlman
Senior Counsel
D.C. Bar 466901
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW, Sixth Floor
Washington, D.C. 20005
202-579-6543
Jeffrey.pearlman@usdoj.gov

1